IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) LUIS LEONCIO JEREZ-VALDEZ<br>**2) JOSE EDUARDO JEREZ-VALDEZ**<br>Defendants | CRIMINAL 08-0361CCC |

# ORDER

Having considered the Report and Recommendation filed on September 19, 2011 (**docket entry 122**) on a Rule 11 proceeding of defendant José Eduardo Jerez-Valdez (2) held before U.S. Magistrate Judge Bruce J. McGiverin on September 19, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant José Eduardo Jerez-Valdez (2) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. Defendant is advised, however, that the Court will defer its decision on whether to accept or reject the parties' Fed. R. Crim. P. 11(c)(1)(C) plea agreement until it has reviewed the Pre-Sentence Report.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 19, 2011. The **sentencing hearing is set for December 20, 2011 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 11, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge